UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:                                                    Chapter 13
CHRISTOPHER G. POLZIN,                                    Case No. 16-20896-BEH
    Debtor.

_____

ORDER ON STIPULATION ON MOTION BY WISCONSIN HOUSING
AND ECONOMIC DEVELOPMENT AUTHORITY FOR RELIEF FROM
AUTOMATIC STAY, AND ABANDONMENT
RE: PROPERTY LOCATED AT:
1124 E. Mackinac Avenue, Oak Creek, Wisconsin 53154

_____

Based on the parties' Stipulation, the files and proceedings had herein, and good cause existing to continue the automatic stay upon certain terms,

IT IS ORDERED that the motion is denied subject to the following conditions:

1    Debtor shall file a motion to participate in the bankruptcy court's mortgage modification mediation program on or before July 15, 2016, and comply with the requirements of the program. In the event a timely motion is filed and debtor complies with the requirements of the

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

program, WHEDA consents to participate in the program and the court may issue an order directing the parties to mediate.

2. Commencing with the July 1, 2016 payment, debtor shall resume making regular post-petition mortgage payments pursuant to the terms of the mediation program provided that the motion to participate in mediation is timely filed. If the motion is not timely filed, the monthly payment beginning July 1, 2016 shall be $1,413.00 until further notice. Payments shall be sent exclusively to Wisconsin Housing and Economic Development Authority, 201 W. Washington Avenue, Suite 700, P.O. Box, 1728, Madison, Wisconsin 53701-1728.

3. WHEDA is granted a doomsday provision on the filing of the motion to participate in mediation and on all monthly payments which come due July 1, 2016 through December 1, 2016. That, if debtor fails to file the motion to participate in mediation on or before July 15, 2016, or if debtor fails to, for any reason, timely make any monthly payment which comes due July 1, 2016 through December 1, 2016, providing for a 15 day grace period on future regular installments only, upon the filing of a statement of default of any of WHEDA's attorneys and notice to the debtor and counsel for debtor, WHEDA shall be entitled to submit an order granting the relief requested in the original motion, including relief from the automatic stay and abandonment.

4. Thereafter, in the event debtor fails to, for any reason, timely make any monthly payment or breaches any of the remaining terms and conditions of the note and mortgage, WHEDA may renew its motion for relief for the remainder of this case by letter request to the court and without the need to pay an additional filing fee.

5. In the event that mediation is unsuccessful, debtor shall amend his plan within 14 days of notice of denial or debtor's rejection of what is offered. In the event that debtor fails to do so, upon the filing of a statement of default of any of WHEDA's attorneys and notice to the debtor and counsel for debtor, WHEDA shall be entitled to submit an order granting the relief requested

in the original motion, including relief from the automatic stay and abandonment.

6. In the event mediation is unsuccessful and debtor timely amends his plan to surrender the property, upon the filing of a statement of default of any of WHEDA's attorneys and notice to the debtor and counsel for debtor, WHEDA shall be entitled to submit an order granting the relief requested in the original motion, including relief from the automatic stay and abandonment.

7. In the event that mediation is unsuccessful and debtor timely amends his plan to retain the property, WHEDA may file a supplemental claim for the post-petition mortgage arrears, including attorney's fees and costs of $826.00 in connection with the motion for relief.

#####